IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MYRACENE ZAVOT, | : | |
| Plaintiff, | : | |
| v. | : | |
| BURGER DOCS ATLANTA, INC., | : | CIVIL ACTION NO. |
| | : | 1:16-CV-3877-AT |
| Defendant. | : | |

## **ORDER**

This Fair Labor Standards Act case is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint [Doc. 12]. Plaintiff seeks to amend the Complaint to add Michelle McCaulley, the owner and operator of Burger Docs, as a defendant in this case. Plaintiff filed this Motion after mediation efforts failed and before the parties filed their Joint Preliminary Report and Discovery Plan. Defendant has not filed an opposition to this Motion.

Upon review, the Court finds good cause for allowing the amendment. The Court hereby **GRANTS** Plaintiff's Motion [Doc. 12] to add Michelle McCaulley as a defendant. The Clerk is **DIRECTED** to enter Plaintiff's First Amended Complaint for Damages [Doc. 12, Ex. A] on the docket as of the date of this Order.

**IT IS SO ORDERED** this 15th day of February, 2017.

_____
**Amy Totenberg
United States District Judge**