IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MYRACENE ZAVOT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:16-CV-3877-AT |
| BURGER DOCS ATLANTA, INC., *et al.*, | : |
| | : |
| Defendants. | : |

## **ORDER**

Plaintiff Myracene Zavot and Defendants Burger Docs Atlanta, Inc. and Michele McCauley filed a Joint Motion for Approval of Settlement Agreement. Having reviewed the Joint Motion, including the Settlement Agreement executed by the parties, this Court finds it to be a reasonable settlement of the Plaintiff's claims under the Fair Labor Standards Act.[1]  The Parties' Motion is therefore **GRANTED**.

**IT IS HEREBY ORDERED** that the settlement is **APPROVED** and the above matter is **DISMISSED WITH PREJUDICE**.  The Court shall retain jurisdiction to enforce the settlement.  The clerk is **DIRECTED** to close the case.

---

[1] The parties settled this case on the eve of trial after extensive litigation.  Unfortunately, attorney fees were therefore higher as a result of the late resolution of this case.

**IT IS SO ORDERED** this 22nd day of February, 2018.

_____
**Amy Totenberg
United States District Judge**